B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Hayat Mongodin | **DEFENDANTS**<br>Barbara Harris Ramsey |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Gregory M. Taube<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363<br>404-322-6000 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☑ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Objection to discharge of a debt pursuant to 11 U.S.C. § 523(a)(6) due to willful and malicious injury to the Plaintiff's property.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☑ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Barbara Harris Ramsey | BANKRUPTCY CASE NO.<br>18-53964-sms |||
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Georgia | DIVISION OFFICE<br>Atlanta || NAME OF JUDGE<br>Sage M. Sigler |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Gregory M. Taube ||||
| DATE<br><br>12/22/2021 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Gregory M. Taube |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BARBARA HARRIS RAMSEY, ) | CASE NO. 18-53964-sms |
| ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| HAYAT MONGODIN, ) | |
| ) | |
| Plaintiff, ) | ADVERSARY PROCEEDING NO. |
| vs. ) | _____ |
| ) | |
| BARBARA HARRIS RAMSEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## COMPLAINT OBJECTING TO DISCHARGEABILITY OF A DEBT

Plaintiff Hayat Mongodin ("Creditor") states her Complaint Objecting to Discharge of a Debt pursuant to 11 U.S.C. § 523(a)(6) and shows as follows:

### JURISDICTION AND VENUE

1. The Bankruptcy Court has subject matter jurisdiction over this adversary proceeding and personal jurisdiction over the parties pursuant to 28 U.S.C. §§ 157 and 1334(b).

1

2. This is an action brought under Federal Rules of Bankruptcy Procedure 7001(4) and 4007 and under 11 U.S.C. § 523 seeking a determination as to dischargeability of a debt.

3. This adversary proceeding arises out of and is related to the bankruptcy case entitled, *In re Barbara Harris Ramsey,* a voluntary case commenced on March 6, 2018 (the "Petition Date") by Barbara Harris Ramsey, the Debtor and Defendant herein, ("Debtor") under Chapter 13 of Title 11 of the United States Code, pending in this District, and bearing Case No. 18-53964-sms. The Debtor subsequently converted the case to one under Chapter 7 on September 29, 2021.

4. The instant adversary proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(a) and 157(b)(2)(i) and, therefore, this Court can and should enter a final judgment on all claims for relief.

5. Venue is proper in this judicial district in that the instant adversary proceeding arises under and in connection with Title 11 of the United States Code pursuant to 28 U.S.C. §§ 1408(1) and 1409(a).

## THE PARTIES

6. The Debtor is, and at all times relevant to this Complaint was, a resident of the State of Georgia, residing in this District.

7. Creditor holds a judgment in favor of Creditor and against Debtor entered on February 22, 2017, in a lawsuit filed in the Magistrate Court of DeKalb County, Georgia, Case No. 15M59618 in the amount of $9,034.00, plus interest at the rate of 12 percent (12%) per annum (the "Judgment").

8. The Judgment arose from a landlord and tenant relationship between Creditor and Debtor wherein Creditor was the landlord and Debtor was the tenant.

9. Debtor breached the lease by failing to pay rent and willfully and maliciously caused damages to the leased premises when Creditor enforced her rights arising from Debtor's failure to pay rent.

10. Photographs of some of the damages are attached hereto as Exhibit "A."

11. Debtor damaged the walls, carpets, appliances, and bathroom fixtures, among other things.

12. Pursuant to 11 U.SC. § 523(a)(6), a debt is excepted from discharge if it is "for willful and malicious injury by the debtor to another entity or to the property of another entity…."

13. Because Debtor acted willfully and maliciously in causing the damages described above, the debt owed to Creditor is excepted from discharge under 11 U.S.C. § 523(a)(6).

**WHEREFORE,** Creditor prays for judgment as follows:

(1)     That the Court determine that the debt owed to Creditor arose from willful and malicious injuries and that the debt is consequently excepted from discharge as provided in 11 U.S.C. § 523(a)(6); and

(2)     For such other and further relief as this Court deems necessary and appropriate.

This 22nd day of December, 2021.

/s/ Gregory M. Taube
Gregory M. Taube
Georgia Bar No. 699166

*Attorney for Plaintiff*
*Hayat Mongodin*

NELSON MULLINS RILEY & SCARBOROUGH, LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA  30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

4