













 










































