IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | CASE NUMBER: |
| **BARBARA HARRIS RAMSEY**, | **18-53964-SMS** |
| Debtor. | CHAPTER 7 |
| **HAYAT MONGODIN**, | |
| Plaintiff, | ADVERSARY PROCEEDING NUMBER |
| v. | **21-5151-SMS** |
| **BARBARA HARRIS RAMSEY**, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Hayat Mongodin, by and through her undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of Plaintiff Hayat Mongodin against Defendant Barbara Harris Ramsey.

Plaintiff, therefore, requests that this honorable Court vacate all dates currently set on the calendar for the present matter and give the parties until May 1, 2023 to file the necessary dispositive documents.

Respectfully submitted this the 12th day of January, 2023.

*/s/Gregory M. Taube*
Gregory M. Taube
Georgia Bar No. 699166
Mark D. Gensburg
Georgia Bar No. 213119
*Attorneys for the plaintiff,*
*Hayat Mongodin*

NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing *NOTICE OF SETTLEMENT* by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

| | |
|---|---|
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>6400 Powers Ferry Road<br>Suite 200<br>Atlanta, GA 30339 | Michael J. Bargar<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza<br>2987 Clairmont Road, Suite 350 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Barbara Harris Ramsey<br>481 Astoria Way<br>McDonough, GA 30253 |

This 12th day of January, 2023.

*/s/ Gregory M. Taube*
Gregory M. Taube
Georgia Bar No. 699166
Mark D. Gensburg
Georgia Bar No. 213119
*Attorneys for the plaintiff,*
*Hayat Mongodin*

NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com